## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

IN THE MATTER OF:                )
                                 )    **RECEIVED**
                                 )    CASE NO:   02 B 12199
**BURT & PAMELA BARTON,**        )    Chapter 13
                      Debtor.    )
                                 )
                                 )    JUDGE Carol DOYLE
                                 )

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 3 0 2002

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

# PROOF OF SERVICE

   The undersigned certifies that a copy of the attached **Proof of Claim** is hereby served by Debtor on the Will County Treasurers and the Chapter 13 Trustee, Glenn Stearns, by the following method:

   Enclosing same in an envelope, properly addressed to such attorneys at their place of business as disclosed by the pleadings of record, or to *pro se* parties at their place of residence/business, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Joliet, Illinois on the __28th__ day of **May, 2002**.

SUBSCRIBED AND SWORN to
before me this 28th day of May, 2002.

_____
Notary Public

"OFFICIAL SEAL"
Elizabeth Briick
Notary Public, State of Illinois
My Commission Expires 9-26-04

"Exhibit"
A

JOHN C. RENZI
Attorney for Debtors
JUNE, PRODEHL & RENZI, LLC
1861 Black Road, Joliet, Il 60435
(815) 725-8000
#03124627

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Will County Treasurer

Name and address where notices should be sent:

302 N. Chicago St.
Joliet, IL 60432

Telephone number:   (815)-740-4675

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 30 2002

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
30-07-11-408-016-0000

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

## 1. Basis for Claim

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
XX Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Your SS #: _____ . _____ _____

Unpaid compensation for services performed

from _____ to_____
  (date)                    (date)

## 2. Date debt was incurred: prior to 3/27/02

## 3. If court judgment, date obtained:

## 4. Total Amount of Claim at Time Case Filed:    $  1400.26

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

## 5. Secured Claim.

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
  ☐ Other_____

Value of Collateral:  $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

## 6. Unsecured Priority Claim.

☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 1400.26
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

## 7. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

## 8. Supporting Documents:
*Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

## 9. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
5/28/02

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
As attorney for Debtor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MAY.14.2002 W 2:33PM    VANGUARD                    NO.253  P.5
2001 REAL ESTATE PROPERTY TAX BILL
FOR JANUARY 1, 2001 THROUGH DECEMBER 31, 2001

Case 02-12199    Doc 49-1    Filed 03/04/06    Entered 03/04/06 11:24 Desc Exhibit
Proof of Claim    Page 3 of 3

MAIL PAYMENT(S) TO:
JOHN J. (JACK) WEBER, WILL COUNTY TREASURER
WILL COUNTY OFFICE BUILDING
302 N. CHICAGO ST., JOLIET IL 60432-4059
OFFICE HOURS 8:30 AM TO 4:30 PM MONDAY-FRIDAY
PHONE 815-740-4675  FAX 740-4695  TDD 740-468
AUTOMATED TAX INFORMATION 815-740-4682

30-07-11-409-016-0000

BARTON BURT PAMALA
238 KRAKER AVE
JOLIET IL

60432

2 of 2

| ACREAGE | TAX CODE | PROPERTY CLASS | 2001 MARKET VALUE | SUPVR ASSMT EQUALIZATION FACTOR | PLEASE USE THIS PERMANENT INDEX NUMBER (PIN) ON ALL CHECKS AND CORRESPONDENCE | |
|---|---|---|---|---|---|---|
|  | 3018 | R | 68,271 | 1.0000 | 30-07-11-409-016-0000 | |

| TAXING DISTRICT | RATE 2000 | AMOUNT | PENSION | RATE 2001 | AMOUNT |
|---|---|---|---|---|---|
| FOREST PRESERVE | .1369 | 25.16 |  | .1352 | 26.04 |
| WILL COUNTY BLDG COMM | .0552 | 10.14 | .88 | .0521 | 10.03 |
| JOLIET TWP TOWN FUNDS | .1992 | 35.50 |  | .2011 | 38.73 |
| JOLIET TWP ROAD FUNDS | .1150 | 21.13 |  | .2011 | 38.73 |
| E JOLIET FIRE DIST | .6433 | 118.21 |  | .1186 | 22.84 |
| SCHOOL DISTRICT 86 | 2.9710 | 545.95 | 2.46 | .6466 | 124.80 |
| HIGH SCHOOL DIST 204 | 1.9201 | 352.84 | 32.31 | 2.9734 | 572.59 |
| COMM COLLEGE DIST 525 | .2217 | 40.74 | 14.05 | 2.0310 | 391.11 |
| JOLIET PARK DISTRICT | .2413 | 44.34 | .13 | .2237 | 43.08 |
| E JOLIET ST LT DIST | .0722 | 13.27 | 8.45 | .2455 | 47.28 |
| WILL COUNTY | .5718 | 105.10 | 17.06 | .0711 | 13.69 |
|  |  |  |  | .5711 | 109.87 |

| * TOTAL AMOUNT * | 7.1418 | 1,312.38 | | 7.2714 | 1,400.26 |

| | LAND | 3,129 |
|---|---|---|
| * | BUILDING | 19,628 |
| * | ADDED ASSESSMENT | 0 |
|  | IMPROVEMENT EXEMPTION | 0 |
| * | TOTAL ASSESSED VALUE | 22,757 |
| X | TWP MULTIPLIER | 1.0000 |
| X | COUNTY MULTIPLIER | 1.0000 |
| = | EQUALIZED VALUE | 22,757 |
| * | FARM LAND | 0 |
| * | FARM BUILDING | 0 |
| - | HOMESTEAD EXEMPTION | 0 |
| - | SR CITIZEN EXEMPTION | 3,500 |
| - | SR CITIZEN FREEZE EXEMP | 0 |
| - | ENTERPRISE ZONE EXEMP | 0 |
| - | OPEN SPACE EXEMP | 0 |
| = | NET EQUALIZED VALUE | 19,257 |
| X | TAX RATE | 7.2714 |
| = | BEFORE EXEMPTIONS | 1,654.76 |
| - | FROM EXEMPTIONS | 254.50 |
| = | AFTER EXEMPTIONS | 1,400.26 |
| ± | ADJUSTMENTS | 0 |
| = | TOTAL TAX DUE | 1,400.26 |

| 1ST INST. DUE 06/03/02 | 2ND INST. DUE 09/03/02 |
|---|---|
| 700.13 | 700.13 |

TOTAL AMOUNT DUE
1,400.26

IF MAILING YOUR TAX PAYMENT IT IS ADVISABLE TO MAIL FIVE DAYS PRIOR TO THE DUE DATE

IMPORTANT INFORMATION AND CHANGE OF ADDRESS FORM ON REVERSE SIDE ▶



## DETACH AND MAIL THIS STUB WITH YOUR 2ND INSTALLMENT PAYMENT

MAKE CHECKS PAYABLE TO "WILL COUNTY TREASURER"

**2**

2ND INSTALLMENT STUB

PLEASE USE THIS PERMANENT INDEX NUMBER (PIN) ON ALL CHECKS AND CORRESPONDENCE

30-07-11-409-016-0000

BARTON BURT PAMALA
238 KRAKER AVE
JOLIET IL

60432



PAY THIS AMOUNT
ON OR BEFORE: SEPT 3, 2002
700.13

| SEPT 4 THRU OCT 3 | 700.13 |
| OCT 4 THRU OCT 11 | 710.63 |
| OCT 12 THRU NOV 3 | 721.13 |
| NOV 4 THRU NOV 6 | 731.13 |
| NOV 7 CONTACT COUNTY CLERK | 741.64 |

IF YOU HAVE NOT PAID YOUR TAXES BY SEPT 3, YOU MUST PAY ONE OF THE ABOVE AMOUNTS WHICH INCLUDES 1.6% INTEREST PER MONTH

**2**

**2001**

300711409016000020000700130000710630000721130007311300007416 4

## DETACH AND MAIL THIS STUB WITH YOUR 1ST INSTALLMENT PAYMENT

MAKE CHECKS PAYABLE TO "WILL COUNTY TREASURER"

**1**

1ST INSTALLMENT STUB

PLEASE USE THIS PERMANENT INDEX NUMBER (PIN) ON ALL CHECKS AND CORRESPONDENCE

30-07-11-409-016-0000

BARTON BURT PAMALA
238 KRAKER AVE
JOLIET IL

60432



PAY THIS AMOUNT
ON OR BEFORE: JUNE 3, 2002
700.13

| JUNE 4 THRU JULY 3 | 700.13 |
| JULY 4 THRU AUG 3 | 710.63 |
| AUG 4 THRU SEPT 3 | 721.13 |
| SEPT 4 THRU OCT 3 | 731.64 |
| OCT 4 THRU NOV 3 | 742.14 |
|  | 752.64 |

IF YOU HAVE NOT PAID YOUR TAXES BY JUNE 3, YOU MUST PAY ONE OF THE ABOVE AMOUNTS WHICH INCLUDES 1.6% INTEREST PER MONTH

**1**

**2001**

300711409016000010000700130000710630000721130007316400007421 4