UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Judge Black (Joliet Case) | Hearing Date | March 24, 2006 |
| Bankruptcy Case No. | 02 B 12199 | Adversary No. | |
| Title of Case | In re: BURT and PAMELA BARTON | | |

**Brief Statement of Motion**

Motion for Violation of Automatic Stay

**Names and Addresses of moving counsel**

JOHN C. RENZI             JUNE, PRODEHL, RENZI LLC
1861 Black Rd, Joliet, IL

**Representing**

## ORDER

7/3/01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT - EASTERN DIVISION

In re: )
)
**BURT and PAMELA BARTON,** ) No: 02 B 12199
    Debtor(s) )
)

## ORDER FOR VIOLATION OF AUTOMATIC STAY

This cause coming to be heard pursuant to Motion by the Debtors, BUR and PAMELA BARTON, and through their attorney JOHN C. RENZI, for Violation of Automatic Stay by duly listed creditor, the Will County Clerk, and with due service upon all interested parties and with the Court duly advised in the premises:

THE COURT FINDS AS FOLLOWS:
1. The asserted claim of interest due constitutes collection actions of the county.

2. The foregoing collection attempts constitute a willful violation of the Automatic Stay in accordance with 11 U.S.C. Section 362.

IT IS HEREBY ORDERED:

A. Creditor, Will County Clerk, is to immediately apply the $1,400.26 being held to the 2001 taxes in satisfaction of the 2001 tax obligation.

B. The scheduled tax sale is to be cancelled and Respondent is barred from taking any further action regarding the 2002 real estate taxes.

C. Counsel for Debtors is granted leave to file Petition for Attorneys Fees and Costs incurred herein.

Date:_____                          _____
                                                                          J U D G E
Prepared By:
John C. Renzi
JUNE, PRODEHL & RENZI L.L.C.
1861 Black Rd., Joliet, IL 60435
03124627
(815) 725 - 8000

**This office is a designated Federal Debt Relief Agency pursuant to Act of Congress and has proudly helped individuals file for relief under the U.S. Bankruptcy Code for over two (2) decades and will continue to do so.**